1  JAMES A. DiBOISE, State Bar No. 83296
jdiboise@wsgr.com
2  BRIAN G. MENDONCA, State Bar No. 209728
bmendonca@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
4  One Market, Spear Tower, Suite 3300
San Francisco, CA 94105
5  Telephone: (415) 947-2000
Facsimile:  (415) 947-2099

*E-FILED - 1/21/09*

6
Attorneys for Plaintiff
7  ACTUATE CORPORATION

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13  ACTUATE CORPORATION, a Delaware          ) CASE NO.:  08-CV-5076 RMW
    corporation,                              )
14                                            ) STIPULATION AND [PROPOSED]
                      Plaintiff,              ) ORDER REGARDING FEDERAL
15                                            ) HOME LOAN MORTGAGE
          v.                                  ) CORPORATION'S CESSATION OF ITS
16                                            ) USE OF CERTAIN ACTUATE
    FEDERAL HOME LOAN MORTGAGE               ) SOFTWARE
17  CORPORATION, a federally-chartered       )
    corporation,                              )
18                                            )
                      Defendant.              )
19                                            ) Before:  Hon. Ronald M. Whyte
                                              )
20  _____)

21

22

23

24

25

26

27

28

WHEREAS, plaintiff Actuate Corporation ("Actuate") licensed defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") to use certain software for which Actuate holds registered United States copyrights, including the "Actuate iServer," "eReport Option," "eSpreadsheet Option", "Data Integration Option," "Developer Workbench aka ERDPRO," "End User Desktop," "eSpreadsheet Designer" and "Information Object Design" software (collectively, the "Actuate Software"), pursuant to license agreements between Actuate and Freddie Mac which Actuate license agreements have been terminated;

WHEREAS, Actuate filed the complaint herein on November 6, 2008, asserting claims for breach of contract and copyright infringement against Freddie Mac stemming from Freddie Mac's ongoing use of the Actuate Software;

WHEREAS, Actuate believes it is incurring ongoing harm from what it asserts is Freddie Mac's continued unlicensed use of Actuate Software;

WHEREAS, Freddie Mac acknowledges its ongoing use of the Actuate Software;

WHEREAS, Actuate and Freddie Mac mutually desire to avoid the expense of motion practice in connection with a motion for a preliminary injunction, which Actuate believes is necessary to enjoin Freddie Mac from continuing what Actuate asserts is ongoing unlicensed use of Actuate Software;

WHEREAS, Actuate does not through this stipulation waive any of its claims for damages;

IT IS THEREFORE STIPULATED AND AGREED BY THE PARTIES, AND THE COURT HEREBY ORDERS, that Freddie Mac shall remove all copies of the Actuate Software from any servers controlled by Freddie Mac on or before December 31, 2008 and shall remove

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

1  the Actuate Software from its employees' laptop computers and desktop computers  promptly

2  thereafter.

3

4       Respectfully submitted and so stipulated,

5  Dated:  December 30, 2008            ACTUATE CORPORATION

6

7                                       By:
                                        Name: Peter I. Cittadini
8                                       Title: President + CEO

9  Dated:  December 30, 2008            FEDERAL HOME LOAN MORTGAGE
                                        CORPORATION
10

11                                      By: _____
                                        Name: Michael R. Ford
12                                      Title: VP Data + Operations Services

13 APPROVED AS TO FORM:

14 Dated:  December 30, 2008            WILSON SONSINI GOODRICH & ROSATI
                31                      Professional Corporation
15

16                                      By: _____
                                            Brian Mendonca
17
                                        One Market Street
18                                      Spear Tower, Suite 3300
                                        San Francisco, CA 94105
19                                      Telephone:  (415) 947-2000
                                        Facsimile:  (415) 947-2099
20
                                        Attorneys for Plaintiff
21                                      ACTUATE CORPORATION

22 Dated:  December 30, 2008  31        MORRISON & FOERSTER, LLP

23

24                                      By: _____
                                          Michael A. Jacobs  PATRICK J ZHANG
25
                                        425 Market Street
26                                      San Francisco, California 94105-248
                                        Telephone:
27                                      Facsimile:
                                        E-mail:
28
                                        Attorneys for Defendant
                                        FEDERAL HOME LOAN MORTGAGE
                                        CORPORATION

2

1  IT IS SO ORDERED:

2

3  Dated:   1/21/09

4                                          By: *Ronald M. Whyte*

5                                          Hon. Ronald M. Whyte

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  JAMES A. DiBOISE, State Bar No. 83296
   jdiboise@wsgr.com
2  BRIAN G. MENDONCA, State Bar No. 209728
   bmendonca@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  One Market, Spear Tower, Suite 3300
   San Francisco, CA 94105
5  Telephone:  (415) 947-2000
   Facsimile:  (415) 947-2099
6
7  Attorneys for Plaintiff
   ACTUATE CORPORATION
8
9            UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11              SAN FRANCISCO DIVISION
12  ACTUATE CORPORATION, a Delaware      )   CASE NO.:  CV 08 5076
    corporation,                         )
13                                       )
               Plaintiff,                )
14                                       )   **CERTIFICATE OF SERVICE**
         v.                              )
15                                       )
    FEDERAL HOME LOAN MORTGAGE           )   JURY TRIAL DEMANDED
16  CORPORATION, a federally-chartered   )
    corporation,                         )
17                                       )
               Defendant.                )
18  ─────────────────────────────────────)
19
20
21
22
23
24
25
26
27
                                -1-                        3523335_1.DOC
28  ─────────────────────────────────────────────────────────────────
                        CERTIFICATE OF SERVICE
                         Case No. CV 08-5076

**CERTIFICATE OF SERVICE**

I, Shirley R. Frazier, declare:

I am employed in San Francisco County, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati, One Market, Spear Tower, Suite 3300, San Francisco, California 94105.

On this date, I served:

1. **STIPULATION AND [PROPOSED] ORDER REGARDING FEDERAL HOME LOAN MORTGAGE CORPORATION'S CESSATION OF ITS USE OF CERTAIN ACTUATE SOFTWARE**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Michael Jacobs, Esq.
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

☐ By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above.  In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at San Francisco, California on December 31, 2008.

Shirley R. Frazier

3523335_1.DOC