1  JAMES A. DiBOISE, State Bar No. 83296
   jdiboise@wsgr.com
2  BRIAN G. MENDONCA, State Bar No. 209728
   bmendonca@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  One Market, Spear Tower, Suite 3300
   San Francisco, CA 94105
5  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099

   Attorneys for Plaintiff
7  ACTUATE CORPORATION

   *E-FILED - 1/29/09*

9           UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

13 | ACTUATE CORPORATION, a Delaware corporation, | ) CASE NO.: 08-CV-5076 RMW |
   | Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE |
   | v. | |
   | FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally-chartered corporation, | ) Before: Hon. Ronald M. Whyte |
   | Defendant. | |

STIPULATION TO RESCHEDULE CMC 08-CV-5076 RMW

1  WHEREAS, plaintiff Actuate Corporation ("Actuate") brought the above-captioned action against defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") on November 6, 2008;

WHEREAS, the Court set the Case Management Conference in this matter for February 13, 2009;

WHEREAS, counsel for both parties respectfully request that the Court reschedule the Case Management Conference in order to accommodate plaintiff's counsel's scheduling conflict with the originally set date;

IT IS THEREFORE STIPULATED AND AGREED BY THE PARTIES, AND THE COURT HEREBY ORDERS, that the Case Management Conference in this matter is hereby rescheduled for March 13, 2009 at 10 a.m. and all deadlines in the case are moved accordingly.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

1 | Respectfully submitted and so stipulated,

2 | Dated: January 23, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Brian Mendonca
Brian Mendonca

One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Plaintiff
ACTUATE CORPORATION

Dated: January 23, 2009

MORRISON & FOERSTER, LLP

By: /s/ Michael A. Jacobs
Michael A. Jacobs

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
E-mail: MJacobs@mofo.com

Attorneys for Defendant
FEDERAL HOME LOAN MORTGAGE
CORPORATION

IT IS SO ORDERED.

Dated: 1/29/09

By: /s/ Ronald M. Whyte
Hon. Ronald M. Whyte

---

2
STIPULATION TO RESCHEDULE CMC 08-CV-5076 RMW

| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>jdiboise@wsgr.com |
| 2 | BRIAN G. MENDONCA, State Bar No. 209728<br>bmendonca@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 4 | One Market, Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| 5 | Telephone: (415) 947-2000<br>Facsimile:  (415) 947-2099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>ACTUATE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ACTUATE CORPORATION, a Delaware corporation, | ) | CASE NO.:  CV 08 5076 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally-chartered corporation, | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

-1-
CERTIFICATE OF SERVICE
Case No. CV 08-5076

3523335_1.DOC

# CERTIFICATE OF SERVICE

I, Shirley R. Frazier, declare:

I am employed in San Francisco County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, One Market, Spear Tower, Suite 3300, San Francisco, California 94105.

On this date, I served:

1. **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Michael Jacobs, Esq.
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

☐ By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on January 23, 2009.

*/s/ Shirley R. Frazier*
Shirley R. Frazier