1  JAMES A. DIBOISE, State Bar No. 83296
   jdiboise@wsgr.com
2  BRIAN G. MENDONCA, State Bar No. 209728
   bmendonca@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  One Market, Spear Tower, Suite 3300
   San Francisco, CA 94105
5  Telephone:  (415) 947-2000
   Facsimile:   (415) 947-2099
6                                                                          *E-FILED - 6/17/09*

   Attorneys for Plaintiff
7  ACTUATE CORPORATION

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 ACTUATE CORPORATION, a Delaware      ) CASE NO. 08 CV 5076 RMW
   corporation,                          )
12                                       ) **STIPULATION AND [**
              Plaintiff,                 ) **ORDER OF DISMISSAL WITH**
13                                       ) **PREJUDICE**
         v.                              )
14                                       )
   FEDERAL HOME LOAN MORTGAGE            )
15 CORPORATION, a federally-chartered    )
   corporation,                          )
16                                       )
              Defendant.                 )
17                                       )

18

19

20      IT IS HEREBY STIPULATED by and between Plaintiff Actuate Corporation and

21 Defendant Federal Home Loan Mortgage Corporation, the parties to the above-entitled action,

22 that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned

23 action is hereby dismissed with prejudice in its entirety.  Each party shall bear its own costs and

24 fees.

25

26

27

28

STIPULATED MOTION FOR VOLUNTARY DISMISSAL
CASE NO.:  08 CV 5076 RMW

| | | |
|---|---|---|
| 1 | Dated: June 8, 2009 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 4 | | By: _____/s/_____<br>James A. DiBoise |
| 5 | | Attorneys for Plaintiff Actuate Corporation |
| 7 | Dated: June 8, 2009 | MORRISON & FOERSTER LLP |
| 9 | | By: _____/s/_____<br>Michael A. Jacobs |
| 10 | | Attorneys for Defendant<br>Federal Home Loan Mortgage Corporation |

12  I, James A. DiBoise, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**. In compliance with General Order 45, X.B., I hereby attest, through my signature above, that Michael A. Jacobs concurred in this filing.

IT IS SO ORDERED.

Dated:   6/17/09                        By: *Ronald M. Whyte*
                                             Hon. Ronald M. Whyte
                                             United States District Court Judge